MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
JONAH S. VAN ZANDT (State Bar No. 224348)
jvz@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
GREEN TREE SERVICING LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE LAO,<br><br>          Plaintiff,<br><br>     vs.<br><br>GREEN TREE SERVICING, LLC,<br><br>          Defendant. | Case No.:  5:11-cv-01307-MFW-DTB<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER<br><br> NOTE CHANGES MADE BY THE COURT<br>Action Filed:   August 17, 2011 |

The terms of the *Stipulation for Protective Order*, filed on or about April 20, 2013, are hereby approved and adopted as the Order of this Court.

IT IS SO ORDERED.

DATED:  April _24_, 2013

_____
The Hon. David T. Bristow
United States Magistrate Court Judge